IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS MAURICIO MARTINEZ,** *Petitioner,* v. **JL JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia, et al.,** *Respondents.* | : : : : : : : : : : : | CIVIL ACTION No. 26-cv-718 |

# ORDER

**AND NOW**, this **5th** day of **February 2026**, upon review of Petitioner Luis Mauricio Martinez's Petition for a Writ of Habeas Corpus (the "Petition") (ECF No. 1), and Emergency Motion for Temporary Restraining Order and Order to Show Cause (the "Motion") (ECF No. 2), it is hereby **ORDERED** that the Motion (ECF No. 2) is **DENIED** as moot.[1]

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The Court will deny Petitioner's Motion as moot because it has issued an Order enjoining Respondents from transferring Petitioner outside of the jurisdiction of the Eastern District of Pennsylvania without further order of the Court. *See* ECF No. 3.