**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS MAURICIO MARTINEZ,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **No. 26-cv-00718** |
| | : | |
| **JL JAMISON, in his official capacity as** | : | |
| **Warden of the Federal Detention Center,** | : | |
| **Philadelphia, PA, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **12th** day of **March 2026**, upon consideration of Petitioner Luis Mauricio Martinez's Petition for a Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order (ECF No. 7), and Petitioner's Reply to the Government's Answer in Opposition to his Petition for a Writ of Habeas Corpus (ECF No. 8), it is hereby **ORDERED** as follows:

1. The Petition (ECF No. 1) is **GRANTED**, and the Court finds that Petitioner's detention pursuant to 8 U.S.C. § 1231 violates the Due Process Clause of the Fifth Amendment;

2. Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, Respondents shall **IMMEDIATELY RELEASE** Petitioner from custody at the Federal Detention Center in Philadelphia;

3. Respondents are further **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest;

4. This Order does not impact any current supervision schedule and is being issued without prejudice to establish a supervision schedule if one is not already in place;

2

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **March 13, 2026 at 12:00 p.m. (noon)**;

6. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**